```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                     FAYETTEVILLE DIVISION
```

CRIMINAL NO. 07-50036-001        USA v. KARLA CASTILLO

COURT PERSONNEL:                 APPEARANCES:

Judge: JIMM LARRY HENDREN        Govt. CHRIS PLUMLEE

Clerk: GAIL GARNER               Deft. SHANNON BLATT

Reporter: THERESA SAWYER

### SENTENCING MINUTE SHEET

On this date the above named defendant appeared in person and with counsel for sentencing and is sworn.

- (X) Inquiry made that defendant is not under influence of alcohol or drugs and is able to comprehend proceedings.
- (X) Inquiry made whether defendant is under the care of a physician or taking any medication and is able to comprehend proceedings.
- (X) Inquiry made that defendant is satisfied with counsel.
- (X) Court proceeds with sentencing hearing continued from 2/21/08.
- (X) Government moves for downward departure - denied by court.
- (X) Testimony presented on behalf of defendant: 1. Karla Castillo.
- (X) Counsel for defendant afforded opportunity to speak on behalf of defendant.
- (X) Defendant afforded opportunity to make statement and present information in mitigation of sentence.
- (X) Attorney for government afforded opportunity to make statement to court.
- (X) Court proceeded to impose sentence as follows:

    15 months imprisonment; 2 years supervised release; $1,000.00 fine - interest waived.

Criminal No. 07-50036-001

- (X) Defendant ordered to comply with standard conditions of supervised release.
- (X) Defendant ordered to pay total special assessment of $100.00, for count 1, which shall be due immediately.
- (X) Indictment dismissed on motion by the government.
- (X) Defendant advised of right to appeal sentence imposed.
- (X) Defendant advised of right to apply for leave to appeal in forma pauperis.
- (X) Appeal packet provided.
- (X) Defendant allowed to remain on present bond and surrender no later than 2:00 pm on Thursday, 4/10/08.

DATE: MARCH 13, 2008                    Proceeding began: 3:16 PM

                                                  ended: 4:34 PM